# IN THE SUPREME COURT OF THE STATE OF NEVADA

HANG MENG TAING,
                     Appellant,
vs.
THE STATE OF NEVADA,
                     Respondent.

No. 75989



FILED

JUN 2 2 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing an appeal from a judgment entered in the justice court and remanding for any further proceedings. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976); *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-23877

cc: Hon. Rob Bare, District Judge
Hang Meng Taing
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk